(R.D. 11214)

AMERICAN SANITARY RAG CO. *v.* UNITED STATES

Entry No. 12920.

(Decided August 22, 1966)

*Schwartz & Lidstrom* for the plaintiff.

*John W. Douglas*, Assistant Attorney General, for the defendant.

LANDIS, Judge: When the above-entitled appeal for reappraisement was called, a motion to dismiss as untimely was made on behalf of the defendant.

An examination of the official papers indicates that the appeal was not filed within the time prescribed by section 501 of the Tariff Act of 1930, as amended (19 U.S.C. § 1501). Accordingly, defendant's motion to dismiss as untimely is granted.